# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0727
LT Case No. 2018-CF-008997-A

_____

GABRIEL DEMETRIUS BRITT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Matthew J. Metz, Public Defender, and Robert J. Pearce, III,
Assistant Public Defender, Daytona Beach, for Appellant.

Gabriel Demetrius Britt, Carrabelle, pro se.

James Uthmeier, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.

August 15, 2025

PER CURIAM.

In this *Anders*[1] case, we affirm Appellant's judgment and sentence. However, we remand for correction of a scrivener's error in the costs judgment to reflect an amount of $1,084.55 instead of $1,0845.55.

AFFIRMED; REMANDED with directions.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––

––––––––––––––––––

[1] *Anders v. California*, 386 U.S. 738 (1967).